UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 9, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.: 19-MJ-030 |
| | : | |
| RYAN JASELSKIS, | : | VIOLATION: |
| also known as "RYAN RIMAS," | : | 18 U.S.C. § 844(i) |
| | : | (Arson) |
| Defendant. | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 23, 2019, within the District of Columbia, **RYAN JASELSKIS**, also known as "Ryan Rimas," maliciously damaged and destroyed, or attempted to damage and destroy, by means of fire and explosive materials, the building and its contents at 5037 Connecticut Avenue, NW, Washington, DC, the property of Comet Ping Pong Restaurant, a business engaged in and affecting interstate commerce.

(**Arson**, in violation of Title 18, United States Code, Section 844(i))

A TRUE BILL:

FOREPERSON.

_Jessie K. Liu_
Attorney of the United States in
and for the District of Columbia.