# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-CR-064 (TJK)** |
| v. | : | |
| **RYAN JASELSKIS,** | : | **VIOLATIONS:** |
| also known as "Ryan Rimas," | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding** |
| Defendant. | : | **Certain Officers of Employees)** |
| | : | **22 D.C. Code § 301 (2001 ed.)** |
| | : | **(Arson)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about February 4, 2019, within the District of Columbia, **RYAN JASELSKIS**, also known as "Ryan Rimas," did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States government, while engaged in or on account of the performance of that officer's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT TWO

On or about January 23, 2019, within the District of Columbia, **RYAN JASELSKIS**, also known as "Ryan Rimas," maliciously did burn and attempt to burn the building and its contents at 5037 Connecticut Avenue, NW, Washington, DC, the property of Comet Ping Pong Restaurant.

(**Arson**, in violation of Title 22, District of Columbia Code, Section 301 (2001 ed.))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
Andrew Floyd (D.C. Bar No. 1023315)
Dineen A. Baker (D.C. Bar No. 487820)
Assistant United States Attorneys
United States Attorney's Office
555 4th Street, NW, 4th Floor
Washington, DC 20530
Telephone No. (202) 252-6954 (Baker)
Telephone No. (202) 252-6841 (Floyd)